IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chambers, Norman

Printed: 6/3/08

Case Number: 06 B 07231
Judge: Hollis, Pamela S
Filed: 6/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 28, 2007
Confirmed: August 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,965.00 | |
| Secured: | | 107.82 |
| Unsecured: | | 1,925.87 |
| Priority: | | 0.00 |
| Administrative: | | 1,998.00 |
| Trustee Fee: | | 212.56 |
| Other Funds: | | 2,720.75 |
| Totals: | 6,965.00 | 6,965.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 2. | Jennifer A Blanc Douge | Administrative | 473.00 | 473.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 8,861.75 | 107.82 |
| 6. | B-Real LLC | Unsecured | 197.12 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 101.20 | 220.00 |
| 8. | Peoples Energy Corp | Unsecured | 347.38 | 755.18 |
| 9. | ECast Settlement Corp | Unsecured | 437.32 | 950.69 |
| 10. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 11. | ADT Security Systems | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 11,942.77 | $ 4,031.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 132.86 |
| 5.4% | 79.70 |
| | $ 212.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Chambers, Norman | Case Number:  06 B 07231 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/3/08 | Filed:  6/20/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

